UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC. | ) | No. C 09-1026 SBA |
| | ) | |
| Plaintiff, | ) | ORDER ADMINISTRATIVELY |
| | ) | CLOSING ACTION DUE TO |
| vs. | ) | BANKRUPTCY FILING |
| | ) | |
| LOURDES HUFANA | ) | |
| TRAUTNER, INDIVIDUALLY | ) | |
| AND d/b/a ASIAN KITCHEN | ) | |
| DELIGHT, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

The Court has been advised by Plaintiff that Defendant has filed a voluntary petition in Bankruptcy Court. In light of the automatic bankruptcy stay, 11 U.S.C. § 362, the Court orders the Clerk of the Court to statistically close this action.  The parties shall file a joint periodic status report with the Court every ninety (90) days from the date this Order is filed.  Each joint periodic status report shall apprise the Court of the status of the bankruptcy proceedings, Plaintiff's intentions regarding prosecuting this action, and any other relevant matter.  If and when the automatic stay is lifted, the parties shall immediately notify the Court of the lifting of the stay and shall inform the Court of their intentions regarding proceeding with this action.

IT IS SO ORDERED.

DATED: August 31 2009

_SAUNDRA B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge